**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATE KRECHTING and ANDREA
FAHEY, individually and on behalf of
all others similarly situated

        Plaintiffs,

v.                                  Case No: 6:24-cv-00520-PGB-LHP

MOLSON COORS BEVERAGE
COMPANY USA LLC

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Kate Krechting and Andrea Fahey, by and through their undersigned counsel of record, give notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that they hereby voluntarily dismiss this action with prejudice.

(i) Defendants have not filed an answer or a motion for summary judgment in this matter;

(ii) Plaintiffs have not filed a motion for class certification;

(iii) The individual claims of Plaintiffs are dismissed with prejudice;

(iv) The claims of the putative class are dismissed without prejudice;

(v) The parties shall bear their own costs, expenses, and fees.

Respectfully submitted this 12th day of July 2024.

        */s/William Wright*
William Wright
willwright@wrightlawoffice.com
The Wright Law Office, P.A.
515 N Flagler Dr. Suite 350
West Palm Beach, FL 33401
T: 561-514-0904

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July 2024, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

        */s/William Wright*
**ATTORNEY FOR PLAINTIFF**