# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KATE KRECHTING and**
**ANDREA FAHEY,**

        **Plaintiffs,**

v.                                                     **Case No: 6:24-cv-520-PGB-LHP**

**MOLSON COORS BEVERAGE**
**COMPANY USA LLC,**

        **Defendant.**

_____/

## ORDER

    This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal With Prejudice, filed July 12, 2024. (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant Molson Coors Beverage Company USA LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on July 16, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties